## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                 CIVIL ACTION NO.:  3:23-CV-378-MPM-RP

DEANDRE BEARD                                                    DEFENDANT

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Deandre

Beard. The parties stipulate and consent to the entry of judgment in favor of the United States of

America against Defendant Deandre Beard on the basis of violations of the False Claims Act,

U.S.C. §3729-3733 in the sum of $20,779.06, which sum specifically includes the loan in the

amount of $18,279.06 ((loan #1875109000) the amount of the loan plus interest through the date

of forgiveness) and $2,500.00 for the bank's processing fees.  Post judgment interest shall accrue

at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded

annually until paid in full, but without costs to either party.  Defendant Deandre Beard agrees

that the sum owed, $20,779.06, plus interest, is due and payable in full immediately.  Defendant

also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant

Deandre Beard pays to the Department of Justice, through the United States Attorney, 900

Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each

and every month until this judgment is satisfied.  The amount of this payment shall be subject to

review and modification not less than annually.  This debt shall also be included in the Treasury

Offset Program so that any federal monies owed to Defendant Deandre Beard will be credited to his outstanding debt.

IT IS SO ORDERED this the 5 day of October 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
DEANDRE BEARD, *Pro Se Defendant*